In the Matter of MATTHEW HALL, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted July 25, 2005; decided October 25, 2005

Motion for leave to appeal dismissed upon the ground that movant is not a party aggrieved (*see* CPLR 5511). Motion for poor person relief dismissed as academic.

GERALDINE PAULING, Appellant, v ORENTREICH MEDICAL GROUP et al., Respondents, et al., Defendants.

Submitted August 1, 2005; decided October 25, 2005

Motion to vacate award of costs and disbursements denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GINA MANCINI, Appellant.

Submitted October 24, 2005; decided October 25, 2005

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York, 14203 assigned as counsel to the appellant on the appeal herein.